IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 5:19-cr-15-FDW |
| v. | ) | |
| | ) | |
| RIGOBERTO RANGEL-GUTIERREZ | ) | **ORDER** |
| | ) | |

THIS MATTER is before the Court on the Government's "Notice of Appeal, Motion for Revocation of Conditions of Release, and Motion for Order of Detention" filed March 19, 2019.

The Court finds that this case involves a rebuttable presumption in favor of detention, pursuant to 18 U.S. Code Section 3142, and that Defendant Rigoberto Rangel-Gutierrez cannot rebut said presumption. Therefore, the Government's appeal, its motion to revoke the release order, and its motion for detention are hereby GRANTED, and

IT IS ORDERED, pursuant to 18 U.S. Code Sections 3142 and 3145, that the release order of the Honorable David S. Cayer, United States Magistrate Judge, is hereby revoked, and

IT IS FURTHER ORDERED that the Defendant shall be DETAINED until further order of this Court.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and, by e-mail via ECF, to the United States Attorney's Office and Federal Defender's Office.

SO ORDERED this 19th day of March 2019.

_____
Frank D. Whitney
Chief United States District Judge