IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:19-cr-15-KDB |
| | ) | |
| v. | ) | |
| | ) | **Motion to Dismiss Bill of** |
| OSCAR RANGEL-GUTIERREZ, et al | ) | **Indictment Without Prejudice** |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this Court as endorsed on the proposed Order for Dismissal, the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, hereby moves to dismiss the Bill of Indictment in Docket No. 5:19-cr-15 without prejudice as to defendants Oscar Rangel-Gutierrez; Regulo Rangel-Gutierrez; and Rigoberto Rangel-Gutierrez. On March 18, 2019, Defendant Regulo Rangel-Gutierrez pleaded guilty to a Bill of Information filed in Docket No. 5:19-cr-21; on April 8, 2019, Defendant Oscar Rangel-Gutierrez pleaded guilty to a Bill of Information filed in Docket No. 5:19-cr-27; on May 23, 2019, Defendant Rigoberto Rangel-Gutierrez pleaded guilty to a Bill of Information filed in Docket No. 5:19-cr-39. Therefore, the United States seeks dismissal without prejudice of the charged offenses in the Bill of Indictment in Docket No. 5:19-cr-15 as to defendants Oscar Rangel-Gutierrez; Regulo Rangel-Gutierrez; and Rigoberto Rangel-Gutierrez.

RESPECTFULLY SUBMITTED this the 25th day of June, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

**s/William T. Bozin**
Assistant United States Attorney
NC Bar No.: 41118
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704-344-6222
E-mail: William.bozin@usdoj.gov